UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **2:23-cv-09943-CAS (MAA)**                                                   Date:  **March 27, 2025**

Title   **Brandon Eugene Hunter v. Alex Villanueva et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Second Order to Show Cause Why This Court Should Not Recommend Dismissal

　　On March 4, 2024, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). (Order, ECF No. 9.) The Court ordered Plaintiff Brandon Eugene Hunter ("Plaintiff") to, no later than April 3, 2024, either: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action. (*Id*. at 9–10.) The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See C.D. Cal. L.R. 41-1**." (*Id*. at 11.) In the absence of a response to the Order, on April 22, 2024, the Court issued an Order to Show Cause Why This Court Should Not Recommend Dismissal for failure to prosecute. (ECF No. 10.) On May 28, 2024, Plaintiff filed a Request for Extension of Time, in which he requested an "180 day delay in all matters to mo[u]rn the death of [his] mother and to focus on [his] mental health." (ECF No. 11.)

　　On June 4, 2024, the Court stayed the action for ninety days and directed Plaintiff to file a status report by no later than eighty days after the Order, or by August 23, 2024, updating the Court on whether he was ready to proceed in this case. (ECF No. 12.) In the absence of a status report, the Court issued an Order to Show Cause Why This Could Should Not Recommend Dismissal, directing Plaintiff to file, by no later than January 10, 2025, a status report updating the Court on whether he was ready to proceed in this case, a FAC, a notice that he wished to proceed with the Complaint, or a Notice of Dismissal ("OSC"). (OSC, ECF No. 13.) To date, Plaintiff has not filed any status report or otherwise responded to the OSC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:23-cv-09943-CAS (MAA)**                                   Date:  **March 27, 2025**

Title       **Brandon Eugene Hunter v. Alex Villanueva et al.**

      Accordingly, Plaintiff is hereby given one final opportunity and once again is **ORDERED TO SHOW CAUSE** by **April 25, 2025** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a status report updating the Court on whether he is ready to proceed in this case, a FAC, a notice that he wishes to proceed with the Complaint, or a Notice of Dismissal (form attached to this order)on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

      **Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

      It is so ordered.

<u>Attachment</u>
Notice of Dismissal