UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-09943-CAS (MAA) | Date: | July 1, 2025 |
| Title | Brandon Eugene Hunter v. Alex Villanueva, et al. | | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Court Should Not Recommend Dismissal

  On March 4, 2024, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order Dismissing Complaint").  (ODLA, ECF No. 9.)  The Court ordered Plaintiff to, no later than April 3, 2024, do one of the following:  (1) file a First Amended Complaint ("FAC"); (2) proceed with and request that the Court reinstate the Complaint; or (3) voluntarily dismiss the action.  (*Id.* at 9–10.)  The Court cautioned Plaintiff that "**failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See** C.D. Cal. L.R. 41-1."  (*Id.* at 11.)

  On April 22, 2024, in the absence of a response to the Order Dismissing Complaint, the Court issued an Order to Show Cause ("OSC 1") why this Court should not recommend dismissal.  (OSC 1, ECF No. 10.)  Again, the Court cautioned Plaintiff that "**failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See** C.D. Cal. L.R. 41-1."  (*Id.* at 1.)

  On May 28, 2024, Plaintiff requested an Extension of Time, seeking an additional 180 days to respond to the Order Dismissing Complaint and OSC 1 due to his participation in mental health treatment services following the death of his mother.  (ECF No. 11.)  On June 4, 2024, the Court ordered *sua sponte* that the case be stayed for ninety (90) days and that, no later than eighty (80) days after the date of the Court's order, Plaintiff file a status report regarding his ability to proceed with the case.  (ECF No. 12.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:23-cv-09943-CAS (MAA)**                                                      Date:  **July 1, 2025**

Title     **Brandon Eugene Hunter v. Alex Villanueva, et al.**

      On December 10, 2024, absent a status report, the Court issued an Order to Show Cause why the Court should not recommend dismissal ("OSC 2"), ordering Plaintiff to file a status report, FAC, notice that he wished to proceed with the Complaint, or Notice of Dismissal by no later than January 10, 2025.  (OSC 2, ECF No. 13.)  On March 27, 2025, absent such response, the Court issued another Order to Show Cause ("OSC 3"), again ordering Plaintiff to file a status report, FAC, notice that he wished to proceed with the Complaint, or Notice of Dismissal by no later than April 25, 2025.  (OSC 3, ECF No. 14.)  Again, in both OSC 2 and OSC 3, the Court cautioned Plaintiff that "**failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1**."  (OSC 2 at 2; OSC 3 at 2.)

      On April 28, 2025, Plaintiff filed a document titled "Response to Second Order to Show Cause, Request for 30 Day Time Extension to File Amended Complaint" ("EOT 2").  (EOT 2, ECF No. 15.)  In EOT 2, Plaintiff notified the Court that his mental health treatment prevented him from responding to "the Court's previous orders."  (*Id.* at 1.)  Plaintiff requested additional time to file a FAC and also requested a copy of his original Complaint.  (*Id.*)  On May 2, 2025, construing the EOT 2 as a response to both OSC 2 and OSC 3 in the form of a status report and an additional request for extension of time to file a FAC, the Court discharged OSC 2 and OSC 3 and extended Plaintiff's deadline to file a FAC ("Order").  (Order, ECF No. 16.)  Plaintiff was ordered to file a FAC, or otherwise respond to the Order Dismissing Complaint, no later than June 1, 2025.  (*Id.* at 2.)  As a one-time-only courtesy, the Court also granted Plaintiff's request for a copy of the Complaint and directed the Clerk to attach a copy of the Complaint and Order Dismissing Complaint (ECF Nos. 1, 9) to the Order.  (*Id.*)

      To date, the Court has not received a FAC or any other response to its Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **July 31, 2025** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC, a notice that he wishes to proceed with the Complaint, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

      **Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

      It is so ordered.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:23-cv-09943-CAS (MAA)**                              Date:  **July 1, 2025**

Title       **Brandon Eugene Hunter v. Alex Villanueva, et al.**

<u>Attachment</u>

Notice of Dismissal